NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LUITPOLD PHARMACEUTICALS, INC.,**
*Appellant*

**v.**

**PHARMACOSMOS A/S,**
*Cross-Appellant*

---

2017-1715, 2017-1725

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-01490, IPR2015-01493.

---

## JUDGMENT

---

GEORGE ELLSWORTH QUILLIN, Foley & Lardner LLP, Washington, DC, argued for appellant. Also represented by MICHAEL D. KAMINSKI, BRADLEY D. ROUSH, NATASHA IYER.

PAUL RAGUSA, Baker Botts, LLP, New York, NY, argued for cross-appellant. Also represented by LISA KOLE, STEVEN LENDARIS, JENNIFER COZEOLINO TEMPESTA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* WALLACH and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 12, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court